No. 89–6196.  DENNIS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–6292.  DUBOV *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 89–6331.  WOODS *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 89–6357.  SLONE *v.* SOWDERS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 89–6362.  SWARTZ *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 8th Cir.  Certiorari denied.

No. 89–6370.  BASS *v.* RHODE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–6371.  SCOTT *v.* SUMNER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–6373.  KEYES *v.* SAN FRANCISCO PROBATION DEPARTMENT.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 89–6376.  COLE *v.* REED.  C. A. 8th Cir.  Certiorari denied.

No. 89–6378.  KIM *v.* CALIFORNIA ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 89–6391.  AKMANSOY *v.* KLEVENHAGEN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–6392.  HORNE *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 89–6393.  LEE *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 89–6395.  MCCLAIN *v.* MITCHELL ET AL.  C. A. 3d Cir. Certiorari denied.

No. 89–6396.  MCCONE *v.* BIRGE ET AL.  C. A. 10th Cir. Certiorari denied.

No. 89–6397.  BOND *v.* DUNN, DEPUTY WARDEN.  C. A. 6th Cir.  Certiorari denied.